# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISHONN COONEY**                                                     **PLAINTIFF**

**v.**                          **Case No: 4:24-CV-00475-JM**

**BILLY ALVEY,** *et al.*                                           **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of June, 2024.

                                                 _____
                                                UNITED STATES DISTRICT JUDGE